IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40772
Conference Calendar

_____

ERNEST GUERRA,

Plaintiff-Appellant,

versus

JAMES D. MAYFIELD, Correctional
Officer, Michael Unit,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-920
--------------------

August 27, 1999

Before KING, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

Ernest Guerra, Texas prisoner no. # 642307, appeals the district court's order dismissing his claim without prejudice for lack of exhaustion. Guerra's numerous motions are all without merit and are DENIED. Guerra has failed to brief the exhaustion issue on appeal, and it is deemed abandoned. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993). Guerra's appeal is without arguable merit and is thus frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Guerra's appeal is DISMISSED. 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

APPEAL DISMISSED; ALL OUTSTANDING MOTIONS DENIED.